UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

KAITLYN MARIE THURSTON

CASE NO. 3:25-cr-243-BJD-SJH
18 U.S.C. § 1704
18 U.S.C. § 1708

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Theft of Key Adopted by the Postal Service)

On or about November 21, 2024, in the Middle District of Florida, the defendant,

KAITLYN MARIE THURSTON,

did knowingly steal, purloin, and obtain by false pretense a key suited to locks adopted by the Post Office Department or the Postal Service and in use on any lock box, lock drawer, or other authorized receptacle for the deposit or delivery of mail matter.

In violation of 18 U.S.C. § 1704.

## COUNT TWO
### (Theft of Mail)

On or about January 7, 2025, in the Middle District of Florida, the defendant,

KAITLYN MARIE THURSTON,

did knowingly steal and take from an authorized depository, mail matter to include First Class mail and any article or thing contained therein.

In violation of 18 U.S.C. § 1708.

## COUNT THREE
### (Theft of Mail)

On or about January 16, 2025, in the Middle District of Florida, the defendant,

KAITLYN MARIE THURSTON,

did knowingly steal and take from an authorized depository, mail matter to include First Class mail and any article or thing contained therein.

In violation of 18 U.S.C. § 1708.

## FORFEITURE

1. The allegations contained in Counts Two and Three are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 1708, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §

2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL.

_____
Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Kevin C. Frein
Assistant United States Attorney

By: _____
Michael J. Coolican
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34  
11/24/25 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Jacksonville Division

### THE UNITED STATES OF AMERICA

vs.

### KAITLYN MARIE THURSTON

### INDICTMENT

Violations: Ct 1:    18 U.S.C. § 1704  
Ct 2-3:   18 U.S.C. § 1708

A true bill,

_____  
Foreperson

Filed in open court this 3rd day

of December, 2025.

_____  
Clerk

Bail   $_____

GPO 863 525